Terri Lynne KOLB

v.

Dennis R. SOUTHARD.

No. 77–404–A.

Supreme Court of Rhode Island.

June 26, 1980.

Albert Di Fiore, Legal Counsel, Department of Social & Rehabilitative Services, State of Rhode Island, Providence, for petitioner.

Aram K. Berberian, Warwick, for respondent.

ORDER

This case is assigned to the October, 1980 *show cause* calendar. The respondent is directed to appear and show cause why his appeal should not be dismissed in view of the fact that proceedings under the Uniform Reciprocal Enforcement of Support Act are generally limited to the issue of support, and further, in view of the fact that the Family Court apparently had no jurisdictional or factual basis for determining respondent's claim that he had been denied visitation rights with his child.

Raymond A. LaPERCHE

v.

Marie A. LaPERCHE.

No. 77–423–A.

Supreme Court of Rhode Island.

June 26, 1980.

Albert Di Fiore, Legal Counsel, Dept. of Social & Rehabilitative Services, State of Rhode Island, Providence, for petitioner.

Aram K. Berberian, Warwick, for respondent.

ORDER

This case is assigned to the October, 1980 *show cause* calendar. The respondent is directed to appear and show cause why her appeal should not be dismissed since the contention that she was relieved of her duty to support her child is without merit, and in view of the fact that her remaining arguments appear to have little substance.